IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:08CR267-1 |
| | : | |
| BENNIE AUSTIN MACK, JR. | : | |

GOVERNMENT'S WITNESS LIST

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and respectfully advises this Honorable Court that the following-named individuals may, or may not, be called upon to give evidence in the trial of the above-captioned matter during the Government's case-in-chief:

| | |
|---|---|
| Njorge Wainaina | Chris Cockman |
| Zena Richards | Jackie Holman |
| Tracy Richards | Yvonne Brown |
| Tony Bullock | Joe Schoenberg |
| Sherriel Mack | Auta Lopes |
| Rosa Mack | Vernell Lamones |
| Claudia Jordan | Carolyn Johnson |
| Ursula Dillard | Heather McCartney |
| Rosa Dillard-Hatten | William Pitcher |
| Charles Davis | Kevin Snead |

This the 12th day of November, 2008.

Respectfully submitted,

ANNA MILLS WAGONER
United States Attorney


/S/ FRANK J. CHUT, JR.
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
     v. : 1:08CR267-1
:
BENNIE AUSTIN MACK, JR. :

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George E. Crump, Esq.

and I will hand deliver notification of such filing to the following:
Bennie Austin Mack, Jr.
24324057
Alamance County Jail
109 S. Maple Street
Graham, NC 27253

                                         /S/ FRANK J. CHUT, JR.
                                         Assistant United States Attorney
                                         NCSB # 17696
                                         United States Attorney's Office
                                         Middle District of North Carolina
                                         P.O. Box 1858
                                         Greensboro, NC  27402
                                         Phone:  336/333-5351